IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA      )
                              )      CRIMINAL ACTION NO.
     v.                       )          2:11cr191-MHT
                              )              (WO)
BRIAN JAVORIS WALKER          )
```

ORDER

Based on the representations of the parties made on the record on May 11, 2016, it is ORDERED:

(1) A hearing regarding whether defendant Brian Javoris Walker should receive a sentence reduction pursuant to Amendment 782 to the United States Sentencing Guidelines is set on June 16, 2016, at 10:00 a.m., in Courtroom 2FMJ of the Frank M. Johnson Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama.

(2) The government is to arrange for the defendant's presence at the hearing.

It is further ORDERED that the parties shall submit pre-hearing briefs as follows:

    (1)  The government shall submit its brief by June
2, 2016.

    (2)  The defendant shall submit his brief by June 9,
2016.

    DONE, this the 12th day of May, 2016.

                          ___/s/ Myron H. Thompson___
                          UNITED STATES DISTRICT JUDGE