IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA      )
                              )      CRIMINAL ACTION NO.
     v.                       )          2:11cr191-MHT
                              )              (WO)
BRIAN JAVORIS WALKER          )
```

OPINION AND ORDER

Amendment 782 to the 2014 edition of the Sentencing Guidelines revised the guidelines applicable to drug-trafficking offenses. Following the United States Sentencing Commission's decision to give retroactive effect to the amendment, this court established a Retroactivity Screening Panel to determine whether a defendant might be eligible for a reduction of sentence. Upon consideration of the recommendation of the Retroactivity Screening Panel (doc. no. 578) entered April 21, 2016, based upon the agreement of the parties, and after an independent and de novo review of the record, it is ORDERED as follows:

(1) Defendant Brian Javoris Walker's motion for resentencing in absentia (doc. no. 585), which the court has been informed that the government does not oppose, is granted.

(2) Defendant Walker's motions for sentence reduction (doc. nos. 527 & 574) and the parties' joint motion for sentence reduction (doc. no. 584) are granted.

(3) Defendant Walker's sentence is reduced from 120 months to 105 months of imprisonment.

DONE, this the 17th day of June, 2016.

                          /s/ Myron H. Thompson
                       UNITED STATES DISTRICT JUDGE