IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | **CRIMINAL ACTION NO.** |
| v. | ) | **2:11cr191-MHT** |
| | ) | (WO) |
| **BRIAN JAVORIS WALKER** | ) | |

**ORDER**

This case is before the court on the probation department's petition for early termination of supervised release for defendant Brian Javoris Walker. As set forth in the petition, Walker has completed three years of his five-year term of supervised release, has complied with all terms of supervised release, and is, according to the United States Probation Officer, well-positioned to succeed moving forward. Having considered the factors set forth in 18 U.S.C. § 3553(a), and based on the reasons stated above, the court finds that the petition should be granted.

Accordingly, it is ORDERED that:

(1) The petition for early termination (Doc. 664)

is granted.

    (2) Defendant Brian Javoris Walker's term of supervised release is terminated effective immediately, and he is discharged.

    DONE, this the 11th day of June, 2021.

                                      /s/ Myron H. Thompson
                                 UNITED STATES DISTRICT JUDGE